IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JACKIE DUNCAN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-23-536-D |
| ) | |
| KRIS GOLDEY, Warden, ) | |
| ) | |
| Respondent. ) | |

**O R D E R**

This matter is before the Court for review of the Report and Recommendation [Doc. No. 18] issued by United States Magistrate Judge Shon T. Erwin pursuant to 28 U.S.C. § 636(b)(1)(B) and (C). Judge Erwin finds that all claims asserted in the Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] lack merit, and recommends that the Court grant Respondent's Motion to Dismiss [Doc. No. 13] and deny the Petition.

The records shows that Petitioner has made no timely objection, even though he was advised of the right to object, the procedure for doing so, and the firm waiver rule. *See* R&R at 10. The Court finds that Petitioner has waived further review of the findings and recommendations stated in the R&R. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991); *see also United States v. 2121 E. 30th St.*, 73 F.3d 1057, 1060 (10th Cir. 1996). Further, the Court concurs in Judge Erwin's findings that the claims asserted in the Petition are insufficient to warrant habeas relief.

**IT IS THEREFORE ORDERED** that the Report and Recommendation [Doc. No. 18] is **ADOPTED**. Respondent's Motion to Dismiss [Doc. No. 13] is **GRANTED**.

The Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Doc. No. 1] is **DENIED**.

A separate judgment shall be entered.

**IT IS SO ORDERED** this 16th day of February, 2024.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge